UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) No. ~~25-cr~~ 26-cr-04-JL-TSM-01 |
| | ) |
| v. | ) **Count 1:  Conspiracy to Straw Purchase** |
| | ) **(18 U.S.C. §§ 932(b)(2))** |
| | ) |
| **MELISSA LONGE** | ) **Count 2:  Conspiracy to Traffic Firearms** |
| | ) **(18 U.S.C. §§ 933(a)(1) and (3))** |
| **Defendant.** | ) |
| | ) **Count 3:  Sale of a Firearm in Furtherance** |
| | ) **of a Felony** |
| | ) **(18 U.S.C. § 922(d)(10))** |
| _____ | ) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### Conspiracy to Straw Purchase
### [18 U.S.C. §§ 932(b)(2)]

From at least on or about September 11, 2023, to on or about February 23, 2024, in

The District of New Hampshire, and elsewhere, defendant,

### MELISSA LONGE,

did knowingly and willfully conspire with Individual 1, Dustin Tuttle, and with others known

and unknown, to purchase firearms, including: (1) a Glock, 17, 9mm, pistol, serial number

BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol, serial number  Z92-101899; (3) a Tisas-

Trabzon Gun Industry Corp, .45 cal, Pistol, serial number T0620-23Z13537; (4) a Glock 26,

9mm, piston, serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial

number KJH3188; (6) a Colt MKIV, .45 cal, pistol, serial number RRD1226; (7) a Ruger,

P95DC, 9mm, pistol, serial number 312-05894; (8) a Smith & Wesson, M&P Bodyguard 380,

.380 cal., pistol, serial number EAJ9664; (9) a Para-Ordnance MFG, LDA Carry, .45 cal., pistol,

serial number P110362; (10) a Century Arms, VSKA, 7.62 cal., serial number SV7132666; (11) a Glock, 27, .40 cal., pistol, serial number BYGL709; (12) a Bersa, Thunder 380, .380 cal., pistol, serial number B04829; (13) a Glock, 30, .45 cal., pistol, serial number BYNU502; (14) an Armscor of the Philippines (Squires Bingham), 1911A1, .45 cal., pistol, serial number RIA2484540; (15) a Kahr Arms – Auto Ordinance, 1911A1, .45 cal., pistol, serial number A0A47123; (16) a American Tactical Imports – ATI, FXH-45, .45 cal., pistol, serial number FX004143; (17) a S.C. Nova Grup S.R.L., Draco 9S, 9mm, pistol, serial number RON2245780; (18) a Taurus, 605, .357 cal., revolver, serial number AED308147; (19) a Taurus, 905, 9mm, revolver, serial number ADG498658; (20) a Taurus, 856, .38 cal., revolver, serial number ADG540196; (21) a Charter Arms Shelton, CT (Charter 2000), Shamrock, .38 cal., revolver, serial number 22L27500; (22) a Magnum Research, Inc., Desert Eagle, .44 cal., pistol, serial number DK0099777; (23) a Smith & Wesson, Bodyguard, .38 cal., revolver, serial number CVW3838; (24) a Glock, 43, 9mm, pistol, serial number AHLT557; (25) a Glock, G19M, 9mm, pistol, serial number AHVY161; (26) a Glock, 28, .380 cal, pistol, serial number AHSR021; (27) a Glock, 21, Gen4, .45 cal., pistol, serial number AGSK34; (28) a FN. (FN Herstal), Five-seven, 5.7 cal., pistol, serial number 386423404; (29) a Ruger, American Pistol, 9mm, pistol, serial number 860-98887; (30) a Glock, 34, 9mm, pistol, serial number GYF545; (31) a Glock, 48, 9mm, pistol, serial number BXCX395; (32) a German Sports Guns, Firefly, .22 cal., pistol, serial number F515955; (33) a SCCY Industries, DVG-1, 9mm, pistol, serial number D005325; (34) a Taurus, G2C, 9mm, pistol, serial number TLN51887; (35) a Ruger, Security-9, 9mm, pistol, serial number 382-00414; (36) a Mossberg, MC2C, 9mm, pistol, serial number 026699MC; (37) a Smith & Wesson, SD9, 9mm, pistol, serial number EFC5821; (38) a Canik, TP-9SF, 9mm, pistol, serial number 22AT19109; (39) a Taurus, G2C, 9mm, pistol, serial number 1C113115;

(40) Canik, Mete, 9mm, pistol, serial number T6472-21CC19757; (41) a Taurus, G2C, 9mm, pistol, serial number AEB081573, and (42) a Bersa, BP9CC, 9mm, pistol, serial number M46476, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request of Individual 1, knowing or having reasonable cause to believe that Individual 1 intended to sell or otherwise dispose of the firearms in furtherance of a felony, that is trafficking in firearms, in violation of Title 18 United States Code, Section 933, in violation of Title 18 United States Code, Sections 932(b)(2).

## COUNT TWO
### Conspiracy to Traffic Firearms
### [18 U.S.C. §§ 933(a)(1) and (3)]

From at least on or about September 11, 2023, to on or about February 23, 2024, in The District of New Hampshire, and elsewhere, defendant,

## MELISSA LONGE,

did knowingly and willfully conspire with Individual 1, and with others known and unknown, to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, including: (1) a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol, serial number Z92-101899; (3) a Tisas- Trabzon Gun Industry Corp, .45 cal, Pistol, serial number T0620-23Z13537; (4) a Glock 26, 9mm, piston, serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial number KJH3188; (6) a Colt MKIV, .45 cal, pistol, serial number RRD1226; (7) a Ruger, P95DC, 9mm, pistol, serial number 312-05894; (8) a Smith & Wesson, M&P Bodyguard 380, .380 cal., pistol, serial number EAJ9664; (9) a Para- Ordnance MFG, LDA Carry, .45 cal., pistol, serial number P110362; (10) a Century Arms, VSKA, 7.62 cal., serial number SV7132666; (11) a Glock, 27, .40 cal., pistol, serial number BYGL709; (12) a Bersa, Thunder 380, .380 cal., pistol, serial number B04829; (13) a Glock, 30,

.45 cal., pistol, serial number BYNU502; (14) an Armscor of the Philippines (Squires Bingham), 1911A1, .45 cal., pistol, serial number RIA2484540; (15) a Kahr Arms – Auto Ordinance, 1911A1, .45 cal., pistol, serial number A0A47123; (16) a American Tactical Imports – ATI, FXH-45, .45 cal., pistol, serial number FX004143; (17) a S.C. Nova Grup S.R.L., Draco 9S, 9mm, pistol, serial number RON2245780; (18) a Taurus, 605, .357 cal., revolver, serial number AED308147; (19) a Taurus, 905, 9mm, revolver, serial number ADG498658; (20) a Taurus, 856, .38 cal., revolver, serial number ADG540196; (21) a Charter Arms Shelton, CT (Charter 2000), Shamrock, .38 cal., revolver, serial number 22L27500; (22) a Magnum Research, Inc., Desert Eagle, .44 cal., pistol, serial number DK0099777; (23) a Smith & Wesson, Bodyguard, .38 cal., revolver, serial number CVW3838; (24) a Glock, 43, 9mm, pistol, serial number AHLT557; (25) a Glock, G19M, 9mm, pistol, serial number AHVY161; (26) a Glock, 28, .380 cal, pistol, serial number AHSR021; (27) a Glock, 21, Gen4, .45 cal., pistol, serial number AGSK34; (28) a FN. (FN Herstal), Five-seven, 5.7 cal., pistol, serial number 386423404; (29) a Ruger, American Pistol, 9mm, pistol, serial number 860-98887; (30) a Glock, 34, 9mm, pistol, serial number GYF545; (31) a Glock, 48, 9mm, pistol, serial number BXCX395; (32) a German Sports Guns, Firefly, .22 cal., pistol, serial number F515955; (33) a SCCY Industries, DVG-1, 9mm, pistol, serial number D005325; (34) a Taurus, G2C, 9mm, pistol, serial number TLN51887; (35) a Ruger, Security-9, 9mm, pistol, serial number 382-00414; (36) a Mossberg, MC2C, 9mm, pistol, serial number 026699MC; (37) a Smith & Wesson, SD9, 9mm, pistol, serial number EFC5821; (38) a Canik, TP-9SF, 9mm, pistol, serial number 22AT19109; (39) a Taurus, G2C, 9mm, pistol, serial number 1C113115; (40) Canik, Mete, 9mm, pistol, serial number T6472-21CC19757; (41) a Taurus, G2C, 9mm, pistol, serial number AEB081573; (42) a Bersa, BP9CC, 9mm, pistol, serial number M46476, (43) a SAR 9, 9mm pistol, serial number T11102-21BV95039, and (44)

a Colt, M1911A1, .45cal., pistol, serial number 2799591, to Individual 1 in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by Individual 1 would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

**COUNT THREE**
**Sale of a Firearm in Furtherance of a Felony**
**[18 U.S.C. § 922(d)(10)]**

From at least on or about September 11, 2023, to on or about February 23, 2024, in The District of New Hampshire, and elsewhere, defendant,

**MELISSA LONGE,**

knowingly sold, disposed of, or transferred firearms, to wit: (1) a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol, serial number Z92-101899; (3) a Tisas- Trabzon Gun Industry Corp, .45 cal, Pistol, serial number T0620-23Z13537; (4) a Glock 26, 9mm, piston, serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial number KJH3188; (6) a Colt MKIV, .45 cal, pistol, serial number RRD1226; (7) a Ruger, P95DC, 9mm, pistol, serial number 312-05894; (8) a Smith & Wesson, M&P Bodyguard 380, .380 cal., pistol, serial number EAJ9664; (9) a Para-Ordnance MFG, LDA Carry, .45 cal., pistol, serial number P110362; (10) a Century Arms, VSKA, 7.62 cal., serial number SV7132666; (11) a Glock, 27, .40 cal., pistol, serial number BYGL709; (12) a Bersa, Thunder 380, .380 cal., pistol, serial number B04829; (13) a Glock, 30, .45 cal., pistol, serial number BYNU502; (14) an Armscor of the Philippines (Squires Bingham), 1911A1, .45 cal., pistol, serial number RIA2484540; (15) a Kahr Arms – Auto Ordinance, 1911A1, .45 cal., pistol, serial number A0A47123; (16) a American Tactical Imports – ATI, FXH-45, .45 cal., pistol, serial number FX004143; (17) a S.C. Nova Grup S.R.L., Draco 9S, 9mm, pistol, serial number RON2245780;

(18) a Taurus, 605, .357 cal., revolver, serial number AED308147; (19) a Taurus, 905, 9mm, revolver, serial number ADG498658; (20) a Taurus, 856, .38 cal., revolver, serial number ADG540196; (21) a Charter Arms Shelton, CT (Charter 2000), Shamrock, .38 cal., revolver, serial number 22L27500; (22) a Magnum Research, Inc., Desert Eagle, .44 cal., pistol, serial number DK0099777; (23) a Smith & Wesson, Bodyguard, .38 cal., revolver, serial number CVW3838; (24) a Glock, 43, 9mm, pistol, serial number AHLT557; (25) a Glock, G19M, 9mm, pistol, serial number AHVY161; (26) a Glock, 28, .380 cal, pistol, serial number AHSR021; (27) a Glock, 21, Gen4, .45 cal., pistol, serial number AGSK34; (28) a FN. (FN Herstal), Five-seven, 5.7 cal., pistol, serial number 386423404; (29) a Ruger, American Pistol, 9mm, pistol, serial number 860-98887; (30) a Glock, 34, 9mm, pistol, serial number GYF545; (31) a Glock, 48, 9mm, pistol, serial number BXCX395; (32) a German Sports Guns, Firefly, .22 cal., pistol, serial number F515955; (33) a SCCY Industries, DVG-1, 9mm, pistol, serial number D005325; (34) a Taurus, G2C, 9mm, pistol, serial number TLN51887; (35) a Ruger, Security-9, 9mm, pistol, serial number 382-00414; (36) a Mossberg, MC2C, 9mm, pistol, serial number 026699MC; (37) a Smith & Wesson, SD9, 9mm, pistol, serial number EFC5821; (38) a Canik, TP-9SF, 9mm, pistol, serial number 22AT19109; (39) a Taurus, G2C, 9mm, pistol, serial number 1C113115; (40) Canik, Mete, 9mm, pistol, serial number T6472-21CC19757; (41) a Taurus, G2C, 9mm, pistol, serial number AEB081573; (42) a Bersa, BP9CC, 9mm, pistol, serial number M46476, (43) a SAR 9, 9mm pistol, serial number T11102-21BV95039, and (44) a Colt, M1911A1, .45cal., pistol, serial number 2799591 to Individual 1, knowing and having reasonable cause to believe that Individual 1 intended to sell, dispose of, or transfer the firearms in furtherance of a felony, to wit: (1) trafficking in firearms, in violation of Title 18 United States Code, Section 933, and (2) unlawful possession of a firearm by a prohibited person, in violation of Title 18

United States Code, Section 922(g)(9), in violation of Title 18 United States Code, Section 922(d)(10).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts One or Two of this Information, Melissa Longe shall forfeit to the United States pursuant to 18 U.S.C. § 934, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

Upon conviction of the offenses alleged in Counts One, Two, or Three of this Information, Melissa Longe shall forfeit to the United States pursuant to 924(d), and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including: (1) a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol, serial number Z92-101899; (3) a Tisas- Trabzon Gun Industry Corp, .45 cal, Pistol, serial number T0620-23Z13537; (4) a Glock 26, 9mm, piston, serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial number KJH3188; (6) a Colt MKIV, .45 cal, pistol, serial number RRD1226; (7) a Ruger, P95DC, 9mm, pistol, serial number 312-05894; (8) a Smith & Wesson, M&P Bodyguard 380, .380 cal., pistol, serial number EAJ9664; (9) a Para-Ordnance MFG, LDA Carry, .45 cal., pistol, serial number P110362; (10) a Century Arms, VSKA, 7.62 cal., serial number SV7132666; (11) a Glock, 27, .40 cal., pistol, serial number BYGL709; (12) a Bersa, Thunder 380, .380 cal., pistol, serial number B04829; (13) a Glock, 30, .45 cal., pistol, serial number BYNU502; (14) an Armscor of the Philippines (Squires Bingham), 1911A1, .45 cal., pistol, serial number RIA2484540; (15) a Kahr Arms – Auto Ordinance, 1911A1, .45 cal., pistol, serial number A0A47123; (16) a American Tactical Imports – ATI,

FXH-45, .45 cal., pistol, serial number FX004143; (17) a S.C. Nova Grup S.R.L., Draco 9S, 9mm, pistol, serial number RON2245780; (18) a Taurus, 605, .357 cal., revolver, serial number AED308147; (19) a Taurus, 905, 9mm, revolver, serial number ADG498658; (20) a Taurus, 856, .38 cal., revolver, serial number ADG540196; (21) a Charter Arms Shelton, CT (Charter 2000), Shamrock, .38 cal., revolver, serial number 22L27500; (22) a Magnum Research, Inc., Desert Eagle, .44 cal., pistol, serial number DK0099777; (23) a Smith & Wesson, Bodyguard, .38 cal., revolver, serial number CVW3838; (24) a Glock, 43, 9mm, pistol, serial number AHLT557; (25) a Glock, G19M, 9mm, pistol, serial number AHVY161; (26) a Glock, 28, .380 cal, pistol, serial number AHSR021; (27) a Glock, 21, Gen4, .45 cal., pistol, serial number AGSK34; (28) a FN. (FN Herstal), Five-seven, 5.7 cal., pistol, serial number 386423404; (29) a Ruger, American Pistol, 9mm, pistol, serial number 860-98887; (30) a Glock, 34, 9mm, pistol, serial number GYF545; (31) a Glock, 48, 9mm, pistol, serial number BXCX395; (32) a German Sports Guns, Firefly, .22 cal., pistol, serial number F515955; (33) a SCCY Industries, DVG-1, 9mm, pistol, serial number D005325; (34) a Taurus, G2C, 9mm, pistol, serial number TLN51887; (35) a Ruger, Security-9, 9mm, pistol, serial number 382-00414; (36) a Mossberg, MC2C, 9mm, pistol, serial number 026699MC; (37) a Smith & Wesson, SD9, 9mm, pistol, serial number EFC5821; (38) a Canik, TP-9SF, 9mm, pistol, serial number 22AT19109; (39) a Taurus, G2C, 9mm, pistol, serial number 1C113115; (40) Canik, Mete, 9mm, pistol, serial number T6472-21CC19757; (41) a Taurus, G2C, 9mm, pistol, serial number AEB081573; (42) a Bersa, BP9CC, 9mm, pistol, serial number M46476, (43) a SAR 9, 9mm pistol, serial number T11102-21BV95039, and (44) a Colt, M1911A1, .45cal., pistol, serial number 2799591.

Dated: January 22, 2026

ERIN CREEGAN
United States Attorney

*(Matthew T. Hunter, AUSA) for:*

/s/ Christopher Marin
Christopher Marin
Special Assistant U.S. Attorney

/s/ Yasir Sadat
Yasir Sadat
Assistant U.S. Attorney